### SEBASTIAN VS. MARY BRYAN.

*Appeal from Phillips Circuit Court.*

Mr. Justice FAIRCHILD delivered the opinion of the Court.

This case is in all respects like *Sebastian vs. John Bryan,* and the judgment of the Circuit Court of Phillips county must be reversed.